## C. E. CAMPBELL, Appellant, v. E. G. POTTER, Receiver of the Stewart Fruit Company, Appellee.

### No. 6694.

Circuit Court of Appeals, Ninth Circuit.

May 4, 1932.

W. H. Metson, of San Francisco, Cal., and Walter Sorensen, of Fresno, Cal., for appellant.

Charles A. Christin, of San Francisco, Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Pursuant to oral motion of counsel for appellee, ordered appeal dismissed for failure of appellant to print record and file printed brief before argument; mandate forthwith.

## CARLETON DRY GOODS CO., Petitioner, v. David BURNET, Commissioner, etc.

### No. 9243.

Circuit Court of Appeals, Eighth Circuit.

Feb. 12, 1932.

Henry J. Richardson, of Washington, D. C., and Luther Ely Smith and Elmer E. Pearcy, both of St. Louis, Mo., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and James K. Polk, Jr., Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Cause remanded to Board of Tax Appeals, per stipulation of parties.

## CHAN SHEE, alias Chan Suey Gin, v. John D. NAGLE, Commissioner of Immigration of the Port of San Francisco.

### No. 6710.

Circuit Court of Appeals, Ninth Circuit.

May 18, 1932.

Joseph P. Fallon, of San Francisco, Cal., for appellant.

Geo. J. Hatfield, U. S. Atty., of San Francisco, Cal., for appellee.

Before WILBUR, and SAWTELLE, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Upon motion of counsel for appellant, ordered appeal dismissed.